RECEIVED
AUG 13 2015 EAA
8-13-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Kevin Bardachowski

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Oak Lawn Police Dept.,

Officer Williams,

Officer Alley,

15cv7126
Case N  Judge Ronald A. Guzman
(To b  Magistrate Judge Jeffrey Cole
        PC8

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

  ✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
         U.S. Code (state, county, or municipal defendants)

  ____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331** U.S. Code (federal defendants)

  ____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: KEVIN BARDACHOWSKI

   B. List all aliases: N/A

   C. Prisoner identification number: 20150509225

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box 089002 Chicago, IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: OAK LAWN POLICE DEPT.

      Title: DEPARTMENT

      Place of Employment: OAK LAWN POLICE DEPT.

   B. Defendant: OFFICER WILLIAMS

      Title: OFFICER

      Place of Employment: OAK LAWN POLICE DEPT.

   C. Defendant: OFFICER ALLEY

      Title: OFFICER

      Place of Employment: OAK LAWN POLICE DEPT.

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: N/A

    B. Approximate date of filing lawsuit: N/A

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

    D. List all defendants: N/A

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

    F. Name of judge to whom case was assigned: N/A

    G. Basic claim made: N/A

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

    I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the about date, May 08, 2015 Mr. Bardachowski, had a encounter with Oak Lawn police officers, Officer Williams and Officer Alley, During this encounter I Mr Bardachowski remain calm and non violent, and answer the officer's questions to the best of my ability. After these Officer's refuse to give me a discription of the person or people they are looking for I told them I have nothing more to say when they decided to place me in handcuffs for no reason and continue to harass me. Officer Alley walked off while Officer Williams continue to detanee and threaten me. Some of his exact statement was, I will fuck you up, your not shit, I'll kill you right here while searching me pulling my pants and boxers down in the open area. After I asked him what did I do to be treated like this, his response was your a tough guy and hit me in the face and then place me in a choke hold and momentarly cut me off from breathing, and when he lost his grip I scream for someone to help me. This struggle last for two minutes before Officer Alley arrived and he join in and started punching and kicking. Then I was lifted to my feet and drug to the car, my head

Revised 9/2007

WAS SLAM ON TO THE TOP OF CAR AND I WAS FORCED INTO THE CAR. ONCE I WAS PLACE IN THE VEHICAL OFFICER ALLEY STARTED THE CAR AND DROVE WHILE OFFICER WILLIAMS WALK IN THE OPPOSITE DIRECTION AWAY FROM VEHICAL. I PULL OUT MY PHONE AND DECIDE TO RECORD THE CONVERSATION WHEN OFFICER ALLEY NOTICE HE PULLED THE CAR OVER, PARKED, EXITED PULLED ME BACK OUT THE CAR VIOLENTLY UNSNAP HIS HOSTER TO HIS GUN. I SCREAM DON'T SHOOT. HE TOLD ME TO GIVE HIM THE PHONE I REFUSE. I WAS SPRAYED IN MY MOUTH AND FACE AND ATTACKED I WAS PUNCHED, KNOCKED BACK IN THE CAR. THEN OFFICER ALLEY PROCEEDED TO OAK LAWN POLICE STATION. WHERE I COMPLAINED I WAS IN PAIN, VOMITING HEAD, FACE, BODY HURT. I WAS REFUSED MEDICAL TREATMENT FOR MY INJURIES AND NO ONE TOOK A STATEMENT FROM ME. NO ONE ALOUD ME TO MAKE A COMPLAINT ABOUT WHAT TOOK PLACE ON THE ABOVE DATE. INJURIES WERE REPORTED, PHOTO AT COOK COUNTY JAIL CERMAK AND ALSO MY TORN CLOTHES IN MY PROPERTY FROM THE INCEDENT THESE OFFICERS HAD DONE TO ME.

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

WHERE FORE, THE PLAINTIFF, Kevin Bardachowski PRAYS THAT OFFICER WILLIAMS, OFFICER ALLEY, AND THE CITY OAK LAWN SHOULD BE ORDERED TO PAY THE PLAINTIFF ANY JUDGEMENT FOR COMPENSATORY DAMAGES OBTAINED AGAINST SAID DEFENDANTS, IN ▬▬▬▬▬ THE AMOUNT OF 1.5 MILLION DOLLARS.

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this JULY day of 16, 20 15

_____
(Signature of plaintiff or plaintiffs)

KEVIN BARDACHOWSKI
(Print name)

20150509225
(I.D. Number)

P.O. Box 089002
Chicago, IL 60608
(Address)

6

Revised 9/2007